UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHRISTINE DOYLE | * | CIVIL ACTION NO. 2:16-cv-326 |
| v. | * | JUDGE MINALDI |
| ARCH INSURANCE CO. ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 32) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Motion to Remand (Rec. Doc. 14) is **GRANTED** and the Motion for Attorney's Fees (Rec. Doc. 14) is **DENIED**.

Lake Charles, Louisiana, this 19 day of August, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE